UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVIN WILLIAMS,

                Plaintiff,

-against-

ORANGE COUNTY JAIL ADMINISTRATION/OFFICERS; CAPTAIN POTTER; LT. BURLINSKI; SRG. PROCIA; SRG. KITSZLCA; OFFICER WETZEL; OFFICER CZHUBAK; TOWN OF GOSHEN,

                Defendants.

20-CV-10614 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued September 2, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   September 2, 2021
         New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                   Chief United States District Judge